B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Adams, Benjamin M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0154** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3 Wannamaker Court**<br>**Monsey, NY**<br>ZIP Code **10952** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rockland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ☐ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| | **Chapter 11 Debtors** |

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Adams, Benjamin M.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Southern District of New York** | Case Number:<br>**10-22819** | Date Filed:<br>**4/28/10** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Benjamin M. Adams**            **October 27, 2011**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Benjamin M. Adams 2714574** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Adams, Benjamin M.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Benjamin M. Adams**

Signature of Debtor  **Benjamin M. Adams**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 27, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Benjamin M. Adams**
Signature of Attorney for Debtor(s)

**Benjamin M. Adams 2714574**
Printed Name of Attorney for Debtor(s)

**Adams Law Group LLC**
Firm Name

**One Paragon Drive
Suite 150B
Montvale, NJ 07645**

Address

**Email: ben@adamslawgroup.com**
**845-371-5930  Fax: 201-391-1065**
Telephone Number

**October 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of New York

In re    **Benjamin M. Adams**                                        ,        Case No. _____

                                                Debtor

                                                        Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,910,500.00 | | |
| B - Personal Property | Yes | 3 | 4,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,961,142.67 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 948,831.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,845.07 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,847.42 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 1,914,700.00 | | |
| Total Liabilities | | | | 4,909,974.08 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of New York

In re   **Benjamin M. Adams**                                                         ,   Case No. _____

                                                        Debtor

                                                                                        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,845.07 |
| Average Expenses (from Schedule J, Line 18) | 7,847.42 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,845.07 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,287,142.67 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 948,831.41 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,235,974.08 |

B6A (Official Form 6A) (12/07)

In re    **Benjamin M. Adams**                                                    Case No. _____

                                                                   , 
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3 Wannamaker Court, Chestnut Ridge, NY** | **Fee simple** | **J** | **350,000.00** | **626,000.00** |
| **1547 State Rt 23, Craryville NY (Investment Property)** | **Investment Property** | **H** | **388,000.00** | **480,741.00** |
| **13 Acre Pacel in Copake NY (raw land)** | **Fee simple** | **J** | **37,500.00** | **120,000.00** |
| **1992 Madison Avenue in NYC** | **Equitable interest** | **H** | **450,000.00** | **2,000,000.00** |
| **5 Acre Parcel in Copake NY (raw land)** | **Fee simple** | **H** | **60,000.00** | **79,732.23** |
| **70 Acres Parcel in Hillsdale NY (raw land)** | **Equitable interest** | **W** | **625,000.00** | **654,669.44** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,910,500.00** | (Total of this page) |
| Total > | **1,910,500.00** |  |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Benjamin M. Adams**                                                                    ,   Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | **H** | **200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | **X** | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Various items of furnishings and household goods.** | **J** | **3,750.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6.  Wearing apparel. | | **Various items of clothing.** | **H** | **250.00** |
| 7.  Furs and jewelry. | | **Wedding band** | **H** | **Unknown** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **USI Affinity**<br>**Term Life Insurance** | **H** | **0.00** |
| | | **The Hartford**<br>**Term Life Insurance** | **H** | **0.00** |
| 10.  Annuities. Itemize and name each issuer. | **X** | | | |

|  | Sub-Total > | **4,200.00** |
|---|---|---|
|  | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Benjamin M. Adams**                                                    ,        Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                Sub-Total >                    **0.00**
                                                        (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __**Benjamin M. Adams**_____,   Case No. _____
                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **New York Bar Admission** | H | **0.00** |
| | | **Pennsylvania Individual Title Producer Lincense** | H | **0.00** |
| | | **Florida Individual Title Producer License** | H | **0.00** |
| | | **District of Columbia Bar Admission** | H | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                   Sub-Total >   **0.00**
                                         (Total of this page)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

                                         Total >   **4,200.00**

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **Benjamin M. Adams**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **3 Wannamaker Court, Chestnut Ridge, NY** | **NYCPLR § 5206(a)** | **48,790.96** | **700,000.00** |
| **Cash on Hand** **Cash** | **Debtor & Creditor Law § 283(2)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** **Various items of furnishings and household goods.** | **NYCPLR § 5205(a); NY CLS Dr & Cr § 283** | **3,000.00** | **7,500.00** |
| **Wearing Apparel** **Various items of clothing.** | **NYCPLR § 5205(a)(5)** | **250.00** | **250.00** |
| **Furs and Jewelry** **Wedding band** | **NYCPLR § 5205(a)(6)** | **0.00** | **Unknown** |
| **Interests in Insurance Policies** **USI Affinity** **Term Life Insurance** | **NY Ins. Law § 3212** | **0.00** | **0.00** |
| **The Hartford** **Term Life Insurance** | **NY Ins. Law § 3212** | **0.00** | **0.00** |
| | Total: | **52,240.96** | **707,950.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Benjamin M. Adams**, Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1111717511**<br><br>**Chase Home Finance**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | X | - | September 1, 2009<br><br>**Mortgage**<br><br>**3 Wannamaker Court, Chestnut Ridge, NY** | | | | | |
| | | | Value $             **700,000.00** | | | | **377,306.00** | **0.00** |
| Account No. **1760392684**<br><br>**Chase Home Finance**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | | H | 1997<br><br>**First Mortgage**<br><br>**70 Acres Parcel in Hillsdale NY (raw land)** | | | | | |
| | | | Value $             **625,000.00** | | | | **324,669.44** | **0.00** |
| Account No. **61999647**<br><br>**CitiBank, N.A.**<br>**P.O. box 688923**<br>**Grundy Center, IA 50638-8923** | X | - | August 6, 2009<br><br>**Home Equity Line of Credit**<br><br>**3 Wannamaker Court, Chestnut Ridge, NY** | | | | | |
| | | | Value $             **700,000.00** | | | | **248,694.00** | **0.00** |
| Account No.<br><br>**Harry Sverdlove**<br>**3 Zachary Lane**<br>**Reading, MA 01867** | | H | 2006<br><br>**Third Mortgage**<br><br>**70 Acres Parcel in Hillsdale NY (raw land)** | | | | | |
| | | | Value $             **625,000.00** | | | | **330,000.00** | **29,669.44** |

___1___  continuation sheets attached

Subtotal
(Total of this page)

| **1,280,669.44** | **29,669.44** |
|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Benjamin M. Adams**
_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3014607349** | | | **1998** | | | | | |
| **JP Morgan Chase Bank** **Legal Department** **1985 Marcus Avenue,** **New Hyde Park, NY 11042** | | H | **First Mortgage** **5 Acre Parcel in Copake NY (raw land)** | | | | | |
| | | | Value $           **60,000.00** | | | | **79,732.23** | **19,732.23** |
| Account No. **1010570701** | | | **October 2007** | | | | | |
| **OneWest Bank** **6900 Beatrice Drive** **Kalamazoo, MI 49003** | X | - | **Mortgage** **13 Acre Pacel in Copake NY (raw land)** | | | | | |
| | | | Value $           **75,000.00** | | | | **120,000.00** | **45,000.00** |
| Account No. **448961833016** | | | **February 2006** | | | | | |
| **PNC Bank** **P.O. Box 3180** **Pittsburgh, PA 15222** | | - | **HELOC** **1547 State Rt 23, Craryville NY (Investment Property)** | | | | | |
| | | | Value $          **388,000.00** | | | | **89,503.00** | **89,503.00** |
| Account No. **0205493703** | | | **February 3, 2009** | | | | | |
| **SunTrust Mortgage, Inc.** **1001 Semmes Avenue** **Richmond, VA 23224** | | - | **Construction Mortgage Loan** **1992 Madison Avenue in NYC** | | | X | | |
| | | | Value $          **900,000.00** | | | | **2,000,000.00** | **1,100,000.00** |
| Account No. **0007892608** | | | **February 2008** | | | | | |
| **Wells Fargo Home Mortgage** **Box 14411** **Des Moines, IA 50306-3411** | | H | **First Mortgage** **1547 State Rt 23, Craryville NY (Investment Property)** | | | | | |
| | | | Value $          **388,000.00** | | | | **391,238.00** | **3,238.00** |

Sheet  **1**   of  **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **2,680,473.23** | **1,257,473.23** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **3,961,142.67** | **1,287,142.67** |

B6E (Official Form 6E) (4/10)

In re   **Benjamin M. Adams**                                                              ,   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                    **0**       continuation sheets attached

B6F (Official Form 6F) (12/07)

In re __Benjamin M. Adams_____,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 3739-615230-91009  American Express P.O. Box 1270 Newark, NJ 07101-1270 | - | | | | June 22, 2009 Credit card debt | | | | 1,837.85 |
| Account No. 3715 447959 22002  American Express P.O. Box 1270 Newark, NJ 07101-1270 | H | | | | July 21, 2009 Credit Card Debt | | | | 16,225.99 |
| Account No. 3722 649180 23005  American Express P.O. Box 1270 Newark, NJ 07101-1270 | H | | | | July 25, 2009 Credit Card Debt | | | | 4,241.52 |
| Account No. 3717 345129 91006  American Express P.O. Box 1270 Newark, NJ 07101-1270 | H | | | | August 17, 2009 Credit Card Debt | | | | 16,767.00 |

__11__ continuation sheets attached

Subtotal
(Total of this page)     **39,072.36**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Benjamin M. Adams**                                                              ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0020035382442488353** <br><br> **American General Financial Svc** <br> **P.O. Box 790370** <br> **Saint Louis, MO 63179-0370** | | H | **July 28, 2009** <br> **Credit Card Debt** | | | | **3,933.88** |
| Account No. <br><br> **Ann Jennings-Purnell, M.D.** <br> **549 Rockland Avenue** <br> **Mamaroneck, NY 10543** | | H | **2006** <br> **Pending Lawsuit** | | X | X | **Unknown** |
| Account No. **4126 xxxx xxxx xxxx** <br><br> **Asset Acceptance, LLC** <br> **P.O. Box 2036** <br> **Warren, MI 48090** | - | | **2010** <br> **Credit card debt** | | | | **34,816.00** |
| Account No. **4476 1960 0020 0397** <br><br> **Bank of America** <br> **4060 Ogletown/Stanton Road** <br> **DE5-019-03-07** <br> **Newark, DE 19713** | | H | **July 22, 2009** <br> **Credit card debt** | | | | **6,484.00** |
| Account No. **4313 0811 0252 8100** <br><br> **Bank of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886-5019** | | H | **June 30, 2009** <br> **Credit Card Debt** | | | | **120,916.51** |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**166,150.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Benjamin M. Adams**                                              ,          Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **749 23014 6748 28**<br><br>**Bank of America**<br>**P.O. Box 15016**<br>**Wilmington, DE 19886-5019** | | H | **July 8, 2009**<br>**Credit Card Debt** | | | | **50.62** |
| Account No. **5472 0656 0057 1294**<br><br>**Bank of America**<br>**4060 Ogletown/Stanton Road**<br>**DE5-019-03-07**<br>**Newark, DE 19713** | | H | **July 14, 2009**<br>**Credit Card Debt** | | | | **14,483.00** |
| Account No. **802000091071823665**<br><br>**Capital Management Services LP**<br>**726 Exchange Street, Ste 700**<br>**Buffalo, NY 14210** | | H | **July 13, 2009**<br>**Credit Card Debt** | | | | **2,860.59** |
| Account No. **5582 5086 1828 7202**<br><br>**Chase**<br>**1 Chase Square**<br>**Rochester, NY 14643** | | H | **July 28, 2009**<br>**Credit Card Debt** | | | | **21,991.80** |
| Account No. **4266 8411 9791 6636**<br><br>**Chase**<br>**1 Chase Square**<br>**Rochester, NY 14643** | | H | **March 15, 2009**<br>**Credit card debt** | | | | **14,701.00** |

Sheet no. __**2**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **54,087.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Benjamin M. Adams**                                                          ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5466 5740 0125 0109**<br><br>**Chase**<br>**1 Chase Square**<br>**Rochester, NY 14643** | | H | **May 5, 2009**<br>**Credit card debt** | | | | 8,388.87 |
| Account No. **4185 8762 9393 4248**<br><br>**Chase**<br>**1 Chase Square**<br>**Rochester, NY 14643** | | H | **May 7, 2009**<br>**Credit card debt** | | | | 33,317.10 |
| Account No. **4640 1820 1346 2431**<br><br>**Chase**<br>**1 Chase Square**<br>**Rochester, NY 14643** | | H | **May 5, 2009**<br>**Credit card debt** | | | | 15,792.00 |
| Account No. **00450516412001**<br><br>**Chase**<br>**P.O. Box 9001022**<br>**Louisville, KY 40290-1022** | | H | **June 26, 2009**<br>**Line of Credit** | | | | 103,934.72 |
| Account No. **802000763500966365**<br><br>**Chase**<br>**National Payment Services**<br>**P.O. Box 182223**<br>**Columbus, OH 43218** | | H | **June 23, 2009**<br>**Overdraft Checking Account** | | | | 1,193.87 |

Sheet no. __**3**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

162,626.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Benjamin M. Adams**                                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5582 5086 1828 7202** <br><br> **Chase** <br> **Cardmember Service** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | H | **July 28, 2009** <br> **Credit Card Debt** | | | | 22,346.04 |
| Account No. **xxxx xxxx xxxx 2431** <br><br> **Chase Bank USA, N.A.** <br> **200 White Clay Center Drive** <br> **Newark, DE 19711-5466** | - | | **July 27, 2009** <br> **Pending Lawsuit** | | X | X | 0.00 |
| Account No. <br><br> **Chicago Title/ CLTIC** <br> **c/o David K. Fiveson** <br> **36 West 44th Street, Suite 816** <br> **New York, NY 10036** | | H | **2002-2010** <br> **Any potential claims and/or legal fees based on agency agreement.** | | X | X | 0.00 |
| Account No. **5424 1805 5323 3476** <br><br> **Citi Cards** <br> **P.O. Box 182564** <br> **Columbus, OH 43218-2564** | | H | **June 6, 2009** <br> **Credit Card Debt** | | | | 9,550.29 |
| Account No. **6011 2089 1724 5618** <br><br> **Discover Card** <br> **P.O. Box 71084** <br> **Charlotte, NC 28272-1084** | | H | **August 31, 2009** <br> **Credit Card Debt** | | | | 7,631.54 |

Sheet no. __4___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,527.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Benjamin M. Adams**                                          ,         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11133-02M** <br><br> **Dunn Lambert, LLC** <br> **The Atrium** <br> **East 80 Route 4** <br> **Paramus, NJ 07652** | - | | **2011** <br> **Legal Fees** | | | | 6,000.00 |
| Account No. **CV-069130-08/NY** <br><br> **Edward Filemyr** <br> **11 Park Place, Ste. 1212** <br> **New York, NY 10007** | | H | **June 9, 2009** <br> **Legal fees.** | | | | 7,767.38 |
| Account No. <br><br> **Eric C. Jennings** <br> **13 W. Sneden Place** <br> **Spring Valley, NY 10977** | | H | **2006** <br> **Potential liability from investment partnership and/or other claims.** | | X | X | 0.00 |
| Account No. <br><br> **Fox Centers, Inc.** <br> **C/O Robert S. Lewis** <br> **53 Burd Street** <br> **Nyack, NY 10960** | - | | **2008** <br> **Use and Occupancy (Rent)** | | X | X | 50,000.00 |
| Account No. **039445** <br><br> **Gordon Tepper & DeCoursey** <br> **Socha Plaza South** <br> **113 Saratoga Road, Route 50** <br> **Glenville, NY 12302** | - | | **2011** <br> **Legal Fees** | | | | 16,137.51 |

Sheet no. __5__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **79,904.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Benjamin M. Adams**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Green 28 W44 LLC**<br>**c/o Cyruli Shanks Hart Zizmor**<br>**420 Lexington Avenue, Ste 2020**<br>**New York, NY 10170** | | H | **2006**<br>**Rent** | | X | X | **Unknown** |
| Account No. **xxxx xxxx xxxx 8092** <br><br>**Home Depot Credit Service**<br>**Processing Center**<br>**Des Moines, IA 50364-0500** | | H | **July 21, 2009**<br>**Credit Card Debt** | | | | **32,771.12** |
| Account No. **5588 8000 0280 2702** <br><br>**Home Depot Credit Services**<br>**P.O Box 6925**<br>**The Lakes, NV 88901-6925** | | H | **August 15, 2009**<br>**Credit Card Debt** | | | X | **12,440.36** |
| Account No. **6035264091901494** <br><br>**J.C. Christensen & Associates**<br>**P.O. Box 519**<br>**Sauk Rapids, MN 56379** | | - | **2011**<br>**Credit card debt** | | | | **5,346.53** |
| Account No. <br><br>**Jennifer Donohue**<br>**4128 Cramer Drive**<br>**Valatie, NY 12184** | | - | **2010**<br>**Claim for legal fees in pending family court case.** | | X | X | **0.00** |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**50,558.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Benjamin M. Adams**                                                      , Case No. _____

                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Joan M. Adams <br> 531 East 88th Street, Apt. 2D <br> New York, NY 10128 | | H | **2007** <br> **Personal Loan** | | | | 150,000.00 |
| Account No. <br><br> John Regan and Sara Regan <br> 27 Ridgecroft Road <br> Bronxville, NY 10708 | | - | Alleged breach of contract. | | X | X | 0.00 |
| Account No. **10336** <br><br> John Wendelboe <br> C/O McNamee Lochner & Williams <br> 677 Broadway <br> Albany, NY 12207 | | H | **July 2, 2008** <br> **Legal Fees & Costs** | | X | | 0.00 |
| Account No. <br><br> Jonathan Katz <br> 126 Main Street <br> New Paltz, NY 12561 | | H | **2009** <br> **Legal Fees** | | | X | 6,497.50 |
| Account No. <br><br> LandAmerica NJ / Lawyers Title <br> c/o Gary Ham <br> 90 East Halsey Road, Suite 108 <br> Parsippany, NJ 07054 | | H | **2005-2010** <br> **Any potential claims or fees based on agency contract including attorney fees.** | | X | X | 0.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

156,497.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Benjamin M. Adams**                                          , Case No. _____

                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035 2640 9190 1494** <br><br> **Littman & Barclay Plan** <br> **3800 Southeast 22nd Avenue** <br> **Dept. XYZ** <br> **Portland, OR 97202** | | H | **August 9, 2009** <br> **Credit Card Debt** | | | | 4,752.76 |
| Account No. **11062100801** <br><br> **Nationwide Credit, Inc.** <br> **P.O. Box 26314** <br> **Lehigh Valley, PA 18002-6314** | | - | **2011** <br> **Credit card debt** | | | | 183.28 |
| Account No. **1299847 / 366218** <br><br> **NYS Workers Compensation Board** <br> **Bureau of Compliance** <br> **100 Broadway** <br> **Albany, NY 12241-0005** | | - | **2006** <br> **Potential personal liability for failure to carry Workers Comp Insurance.** | | | | 5,250.00 |
| Account No. **1440460 / 2081220** <br><br> **NYS Workers Compensation Board** <br> **Bureau of Compliance** <br> **100 Broadway** <br> **Albany, NY 12241-0005** | | - | **2004 - 2007** <br> **Potential personal liability for failure to carry Workers Compensation Insurance.** | | | X | 41,250.00 |
| Account No. <br><br> **Quality Auto Service** <br> **of Rockland, Inc.** <br> **235 South Route 309** <br> **West Nyack, NY 10994** | | - | **2009** <br> **Claim for storage fees.** | | | X | 905.27 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,341.31

B6F (Official Form 6F) (12/07) - Cont.

In re   **Benjamin M. Adams**                                                                ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8453568899218<br><br>Receivables Performance Management LLC<br>P.O. Box 1548<br>Lynnwood, WA 98046 | - | | 2010<br>Telephone service | | | | 62.31 |
| Account No.<br><br>Richard Donner<br>L'Abbate Balkan Colavita<br>1001 Franklin Avenue<br>Garden City, NY 11530 | | H | 2009<br>Potential liability from lawsuit. | | X | X | 0.00 |
| Account No. 1071-0300-199<br><br>Sarasota CCM, Inc.<br>C/O Craner Satkin Scheer<br>320 Park Avenue, P.O. Box 367<br>Scotch Plains, NJ 07076 | - | | 2011<br>Credit Line | | | | 22,758.12 |
| Account No. 1007955578<br><br>Springleaf Financial Services<br>C/O Zenith Acquisition<br>P.O. Box 850<br>Buffalo, NY 14226 | - | | 2011<br>Credit card debt | | | | 3,933.88 |
| Account No.<br><br>Square One Design<br>127 1/2 Elm Street<br>Pittsfield, MA 01201 | | H | August 1, 2009<br>Advertising Services | | | | 1,688.49 |

Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,442.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Benjamin M. Adams**                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11091-32538**<br><br>**Steinber & Cavaliere, LLP**<br>**50 Main Street**<br>**White Plains, NY 10606** | | H | June 9, 2009<br>**Legal Fees** | | | X | 6,478.34 |
| Account No. **10336**<br><br>**Susan Wendelboe**<br>**C/O Hiscock & Barclay, LLP**<br>**50 Beaver Street**<br>**Albany, NY 12207** | | H | April 8, 2008<br>**Legal Fees & Costs** | | X | | 0.00 |
| Account No. **106757/06**<br><br>**The Roth Law Firm, PLLC**<br>**Richard A. Roth, Esq.**<br>**295 Madison Avenue**<br>**New York, NY 10017** | | H | December 1, 2008<br>**Judgment for rent.** | | | | 55,935.00 |
| Account No. **8453712011266694**<br><br>**Verizon**<br>**C/O Solomon & Solomon P.C.**<br>**P.O. Box 15019**<br>**Albany, NY 12212** | | - | 2011<br>**Telephone service** | | | | 179.26 |
| Account No. **2126832332647727**<br><br>**Verizon**<br>**P.O. Box**<br>**Albany, NY 12212** | | - | 2011<br>**Telephone service** | | | | 142.07 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,734.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Benjamin M. Adams**_____,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2143 1247 3012 419226** <br><br> **Wachovia Bank, N.A.** <br> **FL 0500 R1 Payments** <br> **P.O. Box 45038** <br> **Jacksonville, FL 32232-5038** | | H | | **June 4, 2009** <br> **Unsecured Loan** | | | | **25,408.53** |
| Account No. **4386-5519-3017-1663** <br><br> **Wachovia Bank, N.A.** <br> **P.O. Box 96074** <br> **Charlotte, NC 28296-0074** | | H | | **May 19,2009** <br> **Line of Credit** | | | | **25,324.27** |
| Account No. <br><br> **William J. Spampinato** <br> **10 South 4th Street** <br> **Hudson, NY 12534** | | H | | **2007** <br> **Legal Fees** | | | X | **Unknown** |
| Account No. **0000097086** <br><br> **Zurich Deductible Recovery** <br> **NW 5608- P.O. Box 1450** <br> **Minneapolis, MN 55485-1450** | | H | | **August 5, 2009** <br> **Claims Deductible** | | | | **6,155.24** |
| Account No. | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **56,888.04** |
| Total (Report on Summary of Schedules) | | **948,831.41** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Benjamin M. Adams**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Brigid Dorsey**<br>**1547 State Route 23**<br>**Craryville, NY 12521** | **Month-to-Month tenancy between Brigid Dorsey and Benjamin Michael Real Estate, LLC for 1547 State Route 23 for $2,000.00 per month.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Benjamin M. Adams**                                              ,      Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Courtney Jill Krysty**<br>**3 Wanamaker Court**<br>**Chestnut Ridge, NY 10977** | **Chase Home Finance**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** |
| **Courtney Jill Krysty**<br>**3 Wanamaker Court**<br>**Chestnut Ridge, NY 10977** | **CitiBank, N.A.**<br>**P.O. box 688923**<br>**Grundy Center, IA 50638-8923** |
| **Courtney Jill Krysty**<br>**3 Wanamaker Court**<br>**Chestnut Ridge, NY 10977** | **OneWest Bank**<br>**6900 Beatrice Drive**<br>**Kalamazoo, MI 49003** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Benjamin M. Adams**                                                              Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Son**<br>**Son**<br>**Son** | AGE(S):<br>**1**<br>**12**<br>**16**<br>**18**<br>**5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney** | **Mortgage Broker** |
| Name of Employer | **Adams Law Group LLC** | **Ambassador Funding LLC** |
| How long employed | **12 years** | **6** |
| Address of Employer | **1 Paragon Drive**<br>**Suite 150-B**<br>**Montvale, NJ 07645** | **1 Paragon Drive**<br>**Suite 150-B**<br>**Montvale, NJ 07645** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **7,845.07** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **7,845.07** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **7,845.07** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **7,845.07** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Benjamin M. Adams**                                      Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,940.73 |
| a. Are real estate taxes included?        Yes ___        No  **X** | | |
| b. Is property insurance included?        Yes ___        No  **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 450.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 99.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 225.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 144.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 154.92 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)      **Real Estate Taxes** | $ | 1,050.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **Citimortgage HELOC** | $ | 638.77 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 1,400.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Haircuts, grooming, etc** | $ | 80.00 |
| Other  **Pet care, vet, food** | $ | 75.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,847.42 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 7,845.07 |
| b.   Average monthly expenses from Line 18 above | $ | 7,847.42 |
| c.   Monthly net income (a. minus b.) | $ | -2.35 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **Benjamin M. Adams**                                                    Case No. _____
                                        Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**26**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **October 27, 2011**                              Signature    **/s/ Benjamin M. Adams**
                                                                     **Benjamin M. Adams**
                                                                     Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of New York

In re  **Benjamin M. Adams**                                              Case No.
                                    Debtor(s)            Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$78,450.68** | **2011 YTD: Both Business Income** |
| **$52,127.00** | **2010: Both Business Income** |
| **$48,524.00** | **2009: Both Business Income** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ann Jennings- Purnell, M.D., Plaintiff Against Benjamin M. Adams Index No. 104756/06 & Index No. 110344/06** | **Breach of Contract** | **Supreme Court of the State of New York County of New York** | **Pending** |
| **American Express Bank FSB, Plaintiff Against Benjamin Adams Index No. SU2009-12085** | **Collection** | **Supreme Court of the State of New York County of Rockland** | **Pending** |
| **CitiBank (South Dakota), N.A., Plaintiff Against Benjamin M. Adams, Defendant Index No. 1510/10** | **Collection** | **Supreme Court of the State of New York County of Rockland** | **Pending** |
| **American Express Bank, FSB, Plaintiff Against Benjamin Adams, et al, Defendants Index No. 12780/09** | **Collection** | **Supreme Court of the State of New York County of Rockland** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **JP Morgan Chase Bank, N.A., Plaintiff Against Benjamin M. Adams, et al, Defendants Index No. 21251-09** | **Collection** | **Supreme Court of the State of New York County of Westchester** | **Judgment** |
| **Commonwealth Land Title Insurance Company and Chicago Title Insurance Company, Plaintiffs Against Benjamin M. Adams, et al, Defendants Index No. 103372/10** | **Collection** | **Supreme Court of the State of New York County of New York** | **Pending** |
| **The Roth Law Firm, PLLC, Plaintiff Against Benjamin Adams, et al, Defendants Index No. 110620/09** | **Collection** | **Supreme Court of the State of New York County of New York** | **Judgment** |
| **JP Morgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank formally known as Washington Mutual Bank, F.A. (The "Savings Bank") from the Federal Deposit Insurance Corporation , acting as receiver for the Savings Bank and pursuant to its authorityunder the Federal Deposit insurance Act, Plaintiff Against Benjamin M. Adams, et al, Defendants Index No. 0549/10** | **Foreclosure** | **State of New York Supreme Court County of Columbia** | **Pending** |
| **Benjamin M. Adams, Plaintiff against Jennifer Carrera, Defendant Index No.SU-2009-001050** | **Defamation** | **Supreme Court of the State of New York, County of Rockland** | **Pending** |
| **Suntrust Mortgage, Inc., Plaintiff against Benjamin Adams, et al., Defendant Index No. 102084-2101** | **Foreclosure** | **Supreme Court of the State of New York, County New York** | **Pending** |
| **Jennifer Carrera, Petitioner against Benjamin M. Adams, Respondent Index No. FF-9319** | **Custody Related Matters** | **Family Court of Columbia County** | **Pending** |
| **Benjamin M. Adams & Eric C. Jennings, Plaintiffs Against Anthony Williams and ZKO LLC, Defendants Index No. 600328/08** | **Breach of Contract** | **Supreme Court of The State of New York, County of New York** | **Pending** |
| **Sarasota CCM, Inc., Plaintiff vs Benjamin Adams, Adams & Associates P.C., Defendant, Index #BER-L-8344-11** | **Collection** | **Superior Court of New Jersey Law Division Bergen County** | **Pending** |
| **Edward Filemyr, Plaintiff vs Benjamin Adams, Defendant, Index #CV-069130-09/NY** | **Collection** | **Civil Court of the City of New York County of New York** | **Judgment** |
| **John Regan and Sara Elizabeth Regan v. Benjamin Adams et al., Index #2989-11** | **Breach of contract/foreclosure** | **New York State Supreme Court, County of Columbia** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JP Morgan Chase Bank Legal Department 1985 Marcus Avenue, New Hyde Park, NY 11042** | **2009** | **5 Acres Parcel in Copake NY.** |
| **SunTrust Mortgage, Inc. 901 Semmes Avenue Richmond, VA 23224** | **2009** | **1992 Madison Avenue, New York, NY** |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **1992 Madison Avenue, New York, NY 10035** | **Fire in building caused by squatters (No Insurance)** | **2010** |

5

**9.  Payments related to debt counseling or bankruptcy**

None
■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Benjamin Michael Realty, Inc.** | 9797 | **300 Saddle River Road Monsey, NY 10952** | **Real Estate Brokerage** | **10/17/1997 to 06/27/2001 and 10/03/2006 to 02/11/2011** |
| **Benjamin Michael Real Estate, LLC** | 2600 | **One Paragon Drive Suite 150-B Montvale, NJ 07645** | **Real Estate Brokerage** | **10/29/2009 to Present** |
| **Ambassador Funding LLC** | 2677 | **One Paragon Drive Suite 150-B Montvale, NJ 07645** | **Mortgage Broker** | **12/1/2005 to Present** |
| **Adams & Associates, P.C.** | 4953 | **300 Saddle River Road Monsey, NY 10952** | **Law Firm** | **1/6/1997 to 7/23/2010** |
| **Adams Law Group LLC** | 4839 | **One Paragon Drive Suite 150-B Montvale, NJ 07645** | **Law Firm** | **1/27/2009 to Present** |
| **Steiner Properties LLC** | 0568 | **300 Saddle River Road Monsey, NY 10952** | **Entity to hold title for real estate** | **1/17/2003 to 12/27/2007** |
| **1992 Madison LLC** | 2161 | **300 Saddle River Road Monsey, NY 10952** | **Sponsor entity for condo conversion** | **Formed 1/30/2007 but never used.** |
| **Esquire Land Services, Inc.** | 4526 | **One Paragon Drive Suite 212 Montvale, NJ 07645** | **Title Company** | **1/12/2001 to 7/27/2010** |
| **Law Offices of Benjamin M. Adams, P.C.** | 7312 | **300 Saddle River Road Monsey, NY 10952** | **Law Firm** | **Formed 12/11/2006 but never used.** |
| **Esquire Land Services LLC** | 8994 | **One Paragon Drive Suite 212 Montvale, NJ 07645** | **Title Company** | **8/30/2002 to 7/27/2010.** |
| **Free & Clear Construction Services, Inc.** | 7878 | **300 Saddle River Road Monsey, NY 10952** | **Construction** | **Formed 9/13/2006 but never used.** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS          DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME          ADDRESS          DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME          ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS       NATURE OF INTEREST       PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS       TITLE       NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

9

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                            DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE            AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL               OR DESCRIPTION AND
                                                                  VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                           TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 27, 2011**                    Signature   **/s/ Benjamin M. Adams**
                                                           **Benjamin M. Adams**
                                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of New York

In re  **Benjamin M. Adams**
_____
Debtor(s)

Case No. _____
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase Home Finance** | **Describe Property Securing Debt:**<br>**3 Wannamaker Court, Chestnut Ridge, NY** |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase Home Finance** | **Describe Property Securing Debt:**<br>**70 Acres Parcel in Hillsdale NY (raw land)** |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**CitiBank, N.A.** | **Describe Property Securing Debt:**<br>**3 Wannamaker Court, Chestnut Ridge, NY** |

Property will be (check one):
  ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Harry Sverdlove** | **Describe Property Securing Debt:**<br>**70 Acres Parcel in Hillsdale NY (raw land)** |

Property will be (check one):
  ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**JP Morgan Chase Bank** | **Describe Property Securing Debt:**<br>**5 Acre Parcel in Copake NY (raw land)** |

Property will be (check one):
  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**OneWest Bank** | **Describe Property Securing Debt:**<br>**13 Acre Pacel in Copake NY (raw land)** |

Property will be (check one):
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☑ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**PNC Bank** | **Describe Property Securing Debt:**<br>**1547 State Rt 23, Craryville NY (Investment Property)** |

Property will be (check one):
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**SunTrust Mortgage, Inc.** | **Describe Property Securing Debt:**<br>**1992 Madison Avenue in NYC** |

Property will be (check one):
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☑ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**1547 State Rt 23, Craryville NY (Investment Property)** |

Property will be (check one):
&#9632; Surrendered                          &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                          &#9632; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>&#9633; YES          &#9633; NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October 27, 2011**          Signature  **/s/ Benjamin M. Adams**
                                                 **Benjamin M. Adams**
                                                 Debtor

# United States Bankruptcy Court
## Southern District of New York

In re    **Benjamin M. Adams**

_____
Debtor(s)

Case No.  _____

Chapter    **7**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 27, 2011**  _____

**/s/ Benjamin M. Adams**
**Benjamin M. Adams 2714574**
**Adams Law Group LLC**
**One Paragon Drive**
**Suite 150B**
**Montvale, NJ 07645**
**845-371-5930  Fax: 201-391-1065**
**ben@adamslawgroup.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re   **Benjamin M. Adams**                                    Case No.
                                    Debtor(s)        Chapter   **7**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Benjamin M. Adams**                          X   **/s/ Benjamin M. Adams**              **October 27, 2011**
Printed Name(s) of Debtor(s)                          Signature of Debtor              Date

Case No. (if known) _____            X   _____
                                                      Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    **Benjamin M. Adams**      Case No. _____

                             Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **October 27, 2011** _____      **/s/ Benjamin M. Adams** _____

                                                  **Benjamin M. Adams**

                                                  Signature of Debtor

A. ALBERT BUONAMICI, ESQ.
222 BLOOMINGDALE ROAD
SUITE 301
WHITE PLAINS, NY 10605


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270


AMERICAN GENERAL FINANCIAL SVC
P.O. BOX 790370
SAINT LOUIS, MO 63179-0370


ANN JENNINGS-PURNELL, M.D.
549 ROCKLAND AVENUE
MAMARONECK, NY 10543


ASSET ACCEPTANCE, LLC
P.O. BOX 2036
WARREN, MI 48090


ASSET ACCEPTANCE, LLC
P.O. BOX 2036
WARREN, MI 48090


ASSOCIATES RECOVERY SYSTEMS
P.O BOX 469046
ESCONDIDO, CA 92046-9046


BANK OF AMERICA
4060 OGLETOWN/STANTON ROAD
DE5-019-03-07
NEWARK, DE 19713

```
BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019


BANK OF AMERICA
P.O. BOX 15016
WILMINGTON, DE 19886-5019


BANK OF AMERICA
4060 OGLETOWN/STANTON ROAD
DE5-019-03-07
NEWARK, DE 19713


BANK OF AMERICA
P.O. BOX 15710
WILMINGTON, DE 19886-5710


BRIGID DORSEY
1547 STATE ROUTE 23
CRARYVILLE, NY 12521


CAPITAL MANAGEMENT SERVICES LP
726 EXCHANGE STREET, STE 700
BUFFALO, NY 14210


CAPITAL MANAGEMENT SVCS. LP
726 EXCHANGE STREET, STE. 700
BUFFALO, NY 14210


CHASE
1 CHASE SQUARE
ROCHESTER, NY 14643


CHASE
1 CHASE SQUARE
ROCHESTER, NY 14643


CHASE
1 CHASE SQUARE
ROCHESTER, NY 14643


CHASE
1 CHASE SQUARE
ROCHESTER, NY 14643
```

```
CHASE
1 CHASE SQUARE
ROCHESTER, NY 14643


CHASE
P.O. BOX 9001022
LOUISVILLE, KY 40290-1022


CHASE
NATIONAL PAYMENT SERVICES
P.O. BOX 182223
COLUMBUS, OH 43218


CHASE
CARDMEMBER SERVICE
P.O. BOX 15153
WILMINGTON, DE 19886-5153


CHASE BANK USA, N.A.
200 WHITE CLAY CENTER DRIVE
NEWARK, DE 19711-5466


CHASE HOME FINANCE
P.O. BOX 78420
PHOENIX, AZ 85062-8420


CHASE HOME FINANCE
P.O. BOX 78420
PHOENIX, AZ 85062-8420


CHICAGO TITLE/ CLTIC
C/O DAVID K. FIVESON
36 WEST 44TH STREET, SUITE 816
NEW YORK, NY 10036


CITI CARDS
P.O. BOX 182564
COLUMBUS, OH 43218-2564


CITIBANK, N.A.
P.O. BOX 688923
GRUNDY CENTER, IA 50638-8923
```

COURTNEY JILL KRYSTY
3 WANAMAKER COURT
CHESTNUT RIDGE, NY 10977


DELTA OUTSOURCE GROUP, INC.
P.O. BOX 1210
O FALLON, MO 63366


DELTA OUTSOURCE GROUP, INC.
P.O. BOX 1210
O FALLON, MO 63366


DISCOVER CARD
P.O. BOX 71084
CHARLOTTE, NC 28272-1084


DUNN LAMBERT, LLC
THE ATRIUM
EAST 80 ROUTE 4
PARAMUS, NJ 07652


EDWARD FILEMYR
11 PARK PLACE, STE. 1212
NEW YORK, NY 10007


ERIC C. JENNINGS
13 W. SNEDEN PLACE
SPRING VALLEY, NY 10977


FEDER & PLATT
151 NORTH MAIN STREET
NEW CITY, NY 10956


FOX CENTERS, INC.
C/O ROBERT S. LEWIS
53 BURD STREET
NYACK, NY 10960


GORDON TEPPER & DECOURSEY
SOCHA PLAZA SOUTH
113 SARATOGA ROAD, ROUTE 50
GLENVILLE, NY 12302

GREEN 28 W44 LLC
C/O CYRULI SHANKS HART ZIZMOR
420 LEXINGTON AVENUE, STE 2020
NEW YORK, NY 10170


HARRY SVERDLOVE
3 ZACHARY LANE
READING, MA 01867


HOME DEPOT CREDIT SERVICE
PROCESSING CENTER
DES MOINES, IA 50364-0500


HOME DEPOT CREDIT SERVICES
P.O BOX 6925
THE LAKES, NV 88901-6925


J.C. CHRISTENSEN & ASSOCIATES
P.O. BOX 519
SAUK RAPIDS, MN 56379


J.C. CHRISTENSEN & ASSOCIATES
P.O. BOX 519
SAUK RAPIDS, MN 56379


JENNIFER DONOHUE
4128 CRAMER DRIVE
VALATIE, NY 12184


JOAN M. ADAMS
531 EAST 88TH STREET, APT. 2D
NEW YORK, NY 10128


JOHN REGAN AND SARA REGAN
27 RIDGECROFT ROAD
BRONXVILLE, NY 10708


JOHN WENDELBOE
C/O MCNAMEE LOCHNER & WILLIAMS
677 BROADWAY
ALBANY, NY 12207


JONATHAN KATZ
126 MAIN STREET
NEW PALTZ, NY 12561

JP MORGAN CHASE BANK
LEGAL DEPARTMENT
1985 MARCUS AVENUE,
NEW HYDE PARK, NY 11042


JP MORGAN CHASE LEGAL DEPT.
GAIL SIEGEL & MARTIN J. MURPHY
1985 MARCUS AVENUE, NY2-M352
NEW HYDE PARK, NY 11042


JP MORGAN CHASE LEGAL DEPT.
GAIL SIEGEL & MARTIN J. MURPHY
1985 MARCUS AVENUE, NY2-M352
NEW HYDE PARK, NY 11042


JULIE MILNER
8302A BROADWAY
3RD FLOOR
ELMHURST, NY 11373


LANDAMERICA NJ / LAWYERS TITLE
C/O GARY HAM
90 EAST HALSEY ROAD, SUITE 108
PARSIPPANY, NJ 07054


LITTMAN & BARCLAY PLAN
3800 SOUTHEAST 22ND AVENUE
DEPT. XYZ
PORTLAND, OR 97202


MASELLI WARREN PC
600 ALEXANDER ROAD
PRINCETON, NJ 08540


MRS ASSOCIATES
1930 OLNEY AVENUE
CHERRY HILL, NJ 08003


NATIONWIDE CREDIT, INC.
P.O. BOX 26314
LEHIGH VALLEY, PA 18002-6314


NATIONWIDE CREDIT, INC.
P.O. BOX 26314
LEHIGH VALLEY, PA 18002-6314

NATIONWIDE CREDIT, INC.
P.O. BOX 26314
LEHIGH VALLEY, PA 18002-6314


NCO FINANCIAL SYSTEMS, INC.
P.O. BOX 15733
WILMINGTON, DE 19850


NORTHLAND GROUP INC.
P.O. BOX 390905
MINNEAPOLIS, MN 55439


NYS WORKERS COMPENSATION BOARD
BUREAU OF COMPLIANCE
100 BROADWAY
ALBANY, NY 12241-0005


NYS WORKERS COMPENSATION BOARD
BUREAU OF COMPLIANCE
100 BROADWAY
ALBANY, NY 12241-0005


ONEWEST BANK
6900 BEATRICE DRIVE
KALAMAZOO, MI 49003


PNC BANK
P.O. BOX 3180
PITTSBURGH, PA 15222


QUALITY AUTO SERVICE
OF ROCKLAND, INC.
235 SOUTH ROUTE 303
WEST NYACK, NY 10994


RECEIVABLES PERFORMANCE
MANAGEMENT LLC
P.O. BOX 1548
LYNNWOOD, WA 98046


RICHARD DONNER
L'ABBATE BALKAN COLAVITA
1001 FRANKLIN AVENUE
GARDEN CITY, NY 11530

RICHARD J. BOUDREAU
& ASSOCIATES
5 INDUSTRIAL WAY
SALEM, NH 03079


SARASOTA CCM, INC.
C/O CRANER SATKIN SCHEER
320 PARK AVENUE, P.O. BOX 367
SCOTCH PLAINS, NJ 07076


SHANNON WOODS
LASNNY
55 COLVIN AVENUE
ALBANY, NY 12206


SPRINGLEAF FINANCIAL SERVICES
C/O ZENITH ACQUISITION
P.O. BOX 850
BUFFALO, NY 14226


SQUARE ONE DESIGN
127 1/2 ELM STREET
PITTSFIELD, MA 01201


STEINBER & CAVALIERE, LLP
50 MAIN STREET
WHITE PLAINS, NY 10606


STEVEN J. BAUM PC
220 NORTHPOINTE PARKWAY
SUITE G
AMHERST, NY 14228


SUNTRUST MORTGAGE, INC.
1001 SEMMES AVENUE
RICHMOND, VA 23224


SUNTRUST MORTGAGE, INC.
901 SEMMES AVENUE
RICHMOND, VA 23224


SUSAN WENDELBOE
C/O HISCOCK & BARCLAY, LLP
50 BEAVER STREET
ALBANY, NY 12207

```
THE ROTH LAW FIRM, PLLC
RICHARD A. ROTH, ESQ.
295 MADISON AVENUE
NEW YORK, NY 10017


THE SCHURTZER GROUP
330 SEVENTH AVENUE
15TH FLOOR
NEW YORK, NY 10001


USI AFFINITY
100 MATAWAN, 2ND FLOOR
MATAWAN, NJ 07747-3911


VERIZON
C/O SOLOMON & SOLOMON P.C.
P.O. BOX 15019
ALBANY, NY 12212


VERIZON
P.O. BOX
ALBANY, NY 12212


VERIZON
MCCARTHY BURGESS & WOLFF
26000 CANNON ROAD
CLEVELAND, OH 44146


VICTOR MEYERS
RAPPORT MEYERS LLP
436 UNION STREET
HUDSON, NY 12534


WACHOVIA BANK, N.A.
FL 0500 R1 PAYMENTS
P.O. BOX 45038
JACKSONVILLE, FL 32232-5038


WACHOVIA BANK, N.A.
P.O. BOX 96074
CHARLOTTE, NC 28296-0074


WELLS FARGO HOME MORTGAGE
BOX 14411
DES MOINES, IA 50306-3411
```

WILLIAM BRONNER
294 VANDERBILT AVENUE
BROOKLYN, NY 11205


WILLIAM J. SPAMPINATO
10 SOUTH 4TH STREET
HUDSON, NY 12534


ZURICH DEDUCTIBLE RECOVERY
NW 5608- P.O. BOX 1450
MINNEAPOLIS, MN 55485-1450


ZWICKER & ASSOCIATES, P.C.
80 MINUTEMAN ROAD
ANDOVER, MA 01810-1008